# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROMILUS CARAWAY,  <br>  Petitioner,  <br> v.  <br> WARDEN JOHNNY FITZ,  <br>  Respondent. | No. 2:24-cv-02263-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT**. This action having come before the Court on Romilus Caraway's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (ECF No. 1), filed April 23, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion To Dismiss (ECF No. 18) and Motion To Waive Filing Requirement For Complete State Court Record (ECF No. 20), Dismissing With Prejudice The Petition Pursuant to 28 U.S.C. § 2254, Denying a Certificate of Appealability, Certifying an Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed <u>In Forma Pauperis</u> on Appeal, filed October 7, 2025 (ECF No. 25), all claims by Petitioner against Respondent in this matter are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE

October 14, 2025  
Date